CALLAHAN, Circuit Judge,
concurring and dissenting:
I concur in the majority’s opinion only insofar as it upholds 47 U.S.C. § 339(b)’s prohibition against paid advertisements by for-profit entities.
I dissent from the majority’s acceptance of § 339(b)’s prohibition of advertisements on issues of public importance or interest and for political candidates. As explained by the Chief Judge in his dissent, and by Judge Bea in his opinion for the three judge panel, Minority Television Project, Inc. v. F.C.C., 676 F.3d 869, 885-89 (9th Cir.2012), these restrictions implicate the First Amendment’s core concerns and are not justified on this record even under the intermediate standard set forth in FCC v. League of Women Voters, 468 U.S. 364, 104 S.Ct. 3106, 82 L.Ed.2d 278 (1984). I would hold that these restrictions are unconstitutional.